EUGENE C. LEWIS COMPANY, Respondent, *v.* METROPOLITAN REALTY COMPANY, Appellant.

*Lewis Co.* v. *Metropolitan Realty Co.*, 112 App. Div. 385, affirmed.
(Submitted June 14, 1907; decided October 1, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 26, 1906, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for injuries to chattels alleged to have been caused through defendant's negligence.

*Charles J. Hardy* for appellant.

*Willard N. Baylis* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and HISCOCK, JJ.